UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE HAMILTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.  2:12-cv-2277 DAD<br><br><br>ORDER |

      On November 19, 2012, the court granted plaintiff's motion to proceed in forma pauperis and directed plaintiff to submit documents to the United States Marshal, within fourteen days, for service of process. Plaintiff was ordered to file with the court a statement indicating the date on which the documents were submitted to the United States Marshal within five days of submitting those documents. The combined nineteen-day time period has expired, and plaintiff has not filed the required statement.

/////

/////

/////

/////

/////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause
2 | in writing within ten days why this case should not be dismissed for lack of prosecution. Failure
3 | to file a timely response will result in dismissal of this action.
4 | Dated: August 7, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/hamilton2277.osc.usm.docx