UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE HAMILTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>  Defendant. | No.  2:12-cv-2277 DAD<br><br><br>ORDER |

On November 19, 2012, an Order Re Consent or Request for Reassignment was issued in this case, together with the appropriate form. (Dkt. No. 5.) All parties were required to complete and file the form within 90 days. Although the 90-day period has expired, and defendant filed a completed form on September 17, 2013, plaintiff has not yet filed the required form. Accordingly, IT IS ORDERED that plaintiff shall show good cause in writing, within ten days after this order is filed, for failing to file a completed consent or request for reassignment form. Prompt filing of a completed form will be deemed full compliance with this order and will discharge the order to show cause.

Dated: January 15, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6

ddad1/orders.soc sec/hamilton2277.osc.consent.docx